UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PATRICIA RENEE GARDNER and REGINALD ELAM, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| VS. | ) ) ) | |
| SPECIALIZED LOAN SERVICING LLC, and DEUTSCHE BANK TRUST COMPANY NATIONAL ASSOCIATION, as Trustee for HIS Asset Corporation Trust 2006-HEI, Mortgage Pass-Through Certificate, Series 2006-HEI, its/their successors and/or assigns, | ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 3:21-CV-2804-G-BN |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated March 8, 2023, the court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the court.

It is, therefore, **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED**.

March 30, 2023.

_____
**A. JOE FISH**
**Senior United States District Judge**